UNITED STATES DISTRICT COURT  *E-FILED: March 18, 2013*
NORTHERN DISTRICT OF CALIFORNIA

__PAMELA LINDEMAN____, CASE NO. **C-12-06519 HRL**
                  Plaintiff(s),

         v. STIPULATION AND [PROPOSED]
 ORDER SELECTING ADR PROCESS
__APPLE, INC._____,
                  Defendant(s).
_____/

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

   **Court Processes:**
   ☐   Non-binding Arbitration (ADR L.R. 4)
   ☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
   XX   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

   **Private Process:**
   ☐   Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
   ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

   ☐   other requested deadline _____


Dated: March 14, 2013                              *Thomas Marc Litton, Esq.*
                                                   Attorney for Plaintiff

Dated: March 14, 2013                              *Joseph C. Liburt, Esq.*
                                                   Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☐   The parties' stipulation is adopted and IT IS SO ORDERED.
**X**   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The parties shall hold the Mediation session within 90 days of the date of this order.

Dated:  March 18, 2013

~~UNITED STATES JUDGE~~
The Honorable Howard R. Lloyd
United States Magistrate Judge

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11