*E-FILED: July 8, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA LINDEMAN, | No. C12-06519 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| APPLE, INC. ET AL., | |
| Defendants. | |

The court is informed that the parties have reached a settlement. All parties shall appear on **August 20, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **August 13, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT SO ORDERED.**

Dated: July 8, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-06519 Order will be electronically mailed to:**

Joseph Charles Liburt   jliburt@orrick.com, tmcbride@orrick.com

Julia Collins Riechert   jriechert@orrick.com, lkatona@orrick.com

Thomas Marc Litton   tmlitton@gmail.com, jstephanides@nydclaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**